AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| ERIK RONALDO MORALES PEREZ, FELIPE MALDONADO SANCHEZ, LINDER ADALY MAZARIEGOS MALDONADO, NORIS ALEYDA OSEGUERA MALDONADO, and WALTER OSEQUERA RIVERA, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>EGP OCEANSIDE, LLC d/b/a EGP LAND & SEA, DUCK FAT INC d/b/a EAT GASTROPUB, SAND STORM, INC., and TIMOTHY M. O'HAGAN, SCOTT A. RUSSELL, BRIANNA O'HAGAN, as individuals,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No.  2:26-cv-02541-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date:    4/29/2026

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-02541-AYS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

## RIDER TO SUMMONS

Civil Case No.:    2:26-cv-02541-AYS

FULL COMPLAINT CAPTION:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ERIK RONALDO MORALES PEREZ, FELIPE
MALDONADO SANCHEZ, LINDER ADALY
MAZARIEGOS MALDONADO, NORIS ALEYDA
OSEGUERA MALDONADO, and WALTER OSEQUERA
RIVERA, individually and on behalf of all others similarly
situated,

                          Plaintiffs,

    -against-

EGP OCEANSIDE, LLC d/b/a EGP LAND & SEA, DUCK
FAT INC d/b/a EAT GASTROPUB, SAND STORM, INC.,
and TIMOTHY M. O'HAGAN, SCOTT A. RUSSELL,
BRIANNA O'HAGAN, as individuals,

                        Defendants.
----------------------------------------------------------------------------X

**Civil Case No.:**

2:26-cv-02541-AYS

**COLLECTIVE ACTION
COMPLAINT**

*JURY TRIAL
DEMANDED*

*via Personal Service:*
**TIMOTHY M. O'HAGAN**
2823 Long Beach Rd, Oceanside, NY 11572
200 Hamilton Ave, Island Park, NY 11558

**SCOTT A. RUSSELL**
2823 Long Beach Rd, Oceanside, NY 11572
529 W Broadway, Apt 3B, Long Beach, NY 11561

**BRIANNA O'HAGAN**
2823 Long Beach Rd, Oceanside, NY 11572
2 Pettit Place, Island Park, NY 11558

*via Secretary of State:*
**EGP OCEANSIDE d/b/a EGP LAND & SEA (DOS ID# 7230716)**
2 Pettit Place, Island Park, NY 11558
**DUCK FAT INC d/b/a EAT GASTROPUB (DOS ID# 4332494)**
**SAND STORM, INC. (DOS ID# 5368195)**
2823 Long Beach Rd, Oceanside, NY 11572

1